AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

Lazarus Taylor

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV415-30

Warden Shepard

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated June 19, 2015, adopting the Report and Recommendation of the Magistrate Judge as the opinion of this Court dismissing this petition. This action stands closed.

| June 19, 2014 | Scott L. Poff |
|---|---|
| *Date* | *Clerk* |
| | (By) Deputy Clerk |

GAS Rev 10/1/03